**United States District Court**
For the Northern District of California

1
2
3
4
5
6                IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,
11            Plaintiff,                    No. CR 14-00024 WHA
12       v.
13   PERCY DILLON,                          **REQUEST FOR GOVERNMENT**
                                            **RESPONSE**
14            Defendant.
15   _____/
16          Defendant Percy Dillon has filed a request for early termination of supervised release and
17   a motion for disclosure of grand jury recordings (Dkt. Nos. 14, 15).  The government is
18   requested to respond by AUGUST 28, 2015.
19
20
21
22   Dated: August 11, 2015.
23                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
24
25
26
27
28