IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNTIED STATES OF AMERICA,

    Plaintiff,                                                 No. CR 14-00024 WHA

  v.

PERCY DILLON,                                   **ORDER DENYING MOTIONS TO TERMINATE SUPERVISED RELEASE AND FOR RELEASE OF GRAND JURY TRANSCRIPTS**

    Defendant.

        Defendant Percy Dillon has filed another *pro se* motion to terminate his supervised release, set to expire on November 28, 2016.  He also moves to release unspecified grand jury transcripts from his 1993 Pennsylvania case in order to "dismiss those proceedings" (Dkt. No. 15).  The government opposes both motions.

        In regards to the termination of supervised release, defendant puts forth the same argument he asserted in a previous motion — that his current supervision term should be shortened by deducting time from a sentence that was later reduced by the revised crack cocaine sentencing guidelines.  A previous order rejected that argument (Dkt. No. 12).  As to the 1993 grand jury transcripts, defendant has not shown any good cause that would warrant their release.  The time for any appeal or collateral attack on his 1993 conviction has long passed.  Defendant's motions are **DENIED**.

        **IT IS SO ORDERED.**

Dated: August 31, 2015.

                                                                         WILLIAM ALSUP
                                                                       UNITED STATES DISTRICT JUDGE